U.S.A. v. John Doe

Docket 21-cr-00248-001 (BMC)

## TERMS OF SUPERVISED RELEASE OR PROBATION

1. If removed, the defendant may not re-enter the United States illegally.

2. The defendant shall cooperate with and abide by all instructions of immigration authorities.

REVIEWED:

_____            _____

Defendant                                                                     Defense Counsel